U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00103)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN -9 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

COUNTY NAME: Fulton

DISTRICT COURT NO. **1:21CR0231**

MAGISTRATE CASE NO.

X Indictment
DATE: June 9, 2021

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
HERBERT E. LEWIS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Thomas J. Krepp
Defense Attorney: