# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | INDICTMENT NO. : |
| v. | ) | |
| | ) | 1:21-CR-0231-TCB-CMS |
| HERBERT LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND EXTEND DATE ON WHICH PRETRIAL MOTIONS ARE DUE

**COMES NOW,** Defendant, Herbert Lewis, by and through undersigned counsel and hereby files this Motion to Continue the Pretrial Conference and Extend Time in which to file Pretrial Motions. In support of this Motion, Defendant shows as follows:

1.

A Pretrial Conference date is set for February 16, 2022 at 10:30 A.M. (Doc. 22).

2.

On Friday, January 28, 2022, the Honorable Prosecutor Brittney Campbell, Esq. advised, via e-mail, that the Government has additional discovery that will be produced to Defendant in the upcoming weeks.

3.

Mr. Lewis respectfully requests an opportunity to digest all additional discovery and thus, requests a sixty (60) day extension of the pretrial conference to allow adequate time for the filing of any/all Motions.

4.

The Government has no objection to continuing the pretrial conference and the Motions filing date for Mr. Lewis.

5.

In the interest of justice, the parties respectfully request that this period of time be excluded from calculations under Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(a).

**WHEREFORE**, Defendant respectfully requests this Honorable Court extend the time in which Defendant may file Motions in this case after review and receipt of all discovery in this case, and reschedule the Pretrial Conference accordingly.

This the 31st day of January, 2022.

Respectfully submitted,

*/s/ Brian Steel*
BRIAN STEEL
GA Bar No. 677640
Attorney for Defendant

**The Steel Law Firm, P.C. 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309 (404) 605-0023**

# CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **MOTION TO CONTINUE PRETRIAL CONFERENCE AND EXTEND DATE ON WHICH PRETRIAL MOTIONS ARE DUE** on the individual listed below by electronic filing:

**Thomas Krepp, Esq.**
**Brittney Campbell, Esq.**
**United States Attorney's Office**
**Richard B. Russell Building**
**6th Floor**
**75 Ted Turner Drive**
**Atlanta, GA 30303**

This the 31st day of January, 2022.

Respectfully submitted,

*/s/ Brian Steel*
BRIAN STEEL
GA Bar No. 677640
Attorney for Defendant